**UNITED STATES of America, Plaintiff–Appellee**

v.

**Jose Luis CRUZ–VELEZ, Defendant–Appellant.**

No. 09–40958 Conference Calendar.

United States Court of Appeals, Fifth Circuit.

June 22, 2010.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, H. Michael Sokolow, Assistant Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before JOLLY, STEWART, and OWEN, Circuit Judges.

PER CURIAM: *

Jose Luis Cruz–Velez appeals his jury conviction for possession with intent to distribute 154.24 kilograms of marijuana in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B). He argues that, in light of the

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

Supreme Court decision in *Flores–Figueroa v. United States,* — U.S. ——, 129 S.Ct. 1886, 173 L.Ed.2d 853 (2009), the evidence was insufficient to support his conviction because the Government failed to prove beyond a reasonable doubt that he knew the specific type and quantity of controlled substance he possessed.

This issue is foreclosed by circuit precedent. *See United States v. Gamez–Gonzalez,* 319 F.3d 695, 699–700 (5th Cir.2003) (holding that knowledge of drug type or quantity is not an element of an offense under § 841). Moreover, this precedent has not been overruled by *Flores–Figueroa. See United States v. Betancourt,* 586 F.3d 303, 308–09 (5th Cir.2009), *cert. denied,* — U.S. ——, 130 S.Ct. 1920, 176 L.Ed.2d 390 (2010). Accordingly, the judgment of the district court is AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.